UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HASAN ALI ABDUR-RAQIYB, 71-C-0140,

                          Plaintiff,

                                                           <u>DECISION AND ORDER</u>

                                                           04-CV-6118L

                        v.

ERIE COUNTY MEDICAL CENTER (ECMC),
PAMELA DIANE REED, M.D.,
WYOMING COUNTY COMMUNITY HOSPITAL,
TWIN CITY AMBULANCE SERVICES,

                          Defendants.
_____

      By letter dated June 6, 2006 (Dkt. #124), plaintiff seeks an extension to respond to a motion. Although not explicitly referenced, it appears that plaintiff seeks additional time to respond to the motion for summary judgment filed by the Wyoming County Community Hospital. By scheduling order dated May 11, 2006 (Dkt. #109), plaintiff was to respond to the motion for summary judgment by June 12, 2006. Plaintiff has failed to do so. Plaintiff alleges an illness and, therefore, I will grant an extension to August 21, 2006 for plaintiff to respond to the motion from the Wyoming County Community Hospital. Plaintiff may submit any other material by that date relating to the other motions.

In one sentence, plaintiff also requested appointment of counsel. This is the seventh such motion made by plaintiff and all have been denied by various judges on the court. For the reasons set forth in those prior orders, I deny the motion to appoint counsel.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
July 21, 2006.